UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

OCT - 2 2013

Clerk, U.S. District and
Bankruptcy Courts

Doyle R. Ham Jr.
2630 Evarts St. N.E.
Washington, D.C. 20018
202-997-1773

   *Plaintiff*

   v.

Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington D.C. 20001

Cathy Lanier
300 Indiana avenue N.W. Room. 5080
Washington, D.C. 20001

   Defendants

Case: 1:13-cv-01527
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/2/2013
Description: Employ Discrim.

COMPLAINT

1. This case originally arises from a January 2002 application for employment, and the Metropolitan Police Department, their agents and designees violation under my protected class Title Vll Civil Rights Act of 1964, racial discrimination and profiling as well as their intentional deception, deceiving and misleading actions towards any reader of their letters or reports, and violating the whistleblower law and retaliation.

2. Around December 2002 Plaintiff was denied employment because of a 1984 arrest when I was 19 years old, no conviction, and no guilty plea. Reamer Shedrick was the Investigator assigned to plaintiff for his background Investigation and told Plaintiff that your application looks good but you need to get the arrest record expunged. After numerous attempts for help through 2 administrations Mayor Anthony Williams & Adrian Fenty, and D.C.

1

Council members, as well as my Ward 5 council members Harry Thomas and Vincent Orange, my anc representative, D.C. Delegate Eleanor Holmes Norton, Plaintiff was forced to hire a lawyer from Bennett & Bair Law Firm which was Rachel Kamins.

3. Upon my lawyer R. Kamins contacting S Cockett in regards to this situation, Cockett writes her back saying Plaintiff would not be a good police officer on the witness stand for if he was to testify against someone he arrested the defense could use the charge against plaintiff, but Mrs. Kamins rebutted that claim by informing Cockett that that was wrong and D. C. Code 1-2530 states by law that no one can use anything more than ten years in a person's past and such arrest records shall contain ONLY listings of convictions and forfeitures of collateral that have occurred within ten ( 10 ) years of the time at which such record is requested. Applied for position with Prince George's County Police Department and on April 21, 2004 received letter saying that Plaintiff is Permanently Ineligible for employment with this agency or any public safety agency in Prince George's County Government, their reason was Plaintiff Exceeds Criminal Record Standards…see 3a.

4. Applied to have record expunged but because it was more than 180 days to 3 years Washington District Attorney objected but the judge allowed the record to be sealed.

5. On July 27, 2007, in Ham v. District of Columbia case # 2006 CA 003543 the Judge presiding in the case Remanded the case back to the Metropolitan Police Department.

6. On December 21, 2007 Plaintiff was denied again for the 20 year old arrest record by Rickey Mitchell.

7. On January 16, 2008 Plaintiff appealed the denial which was denied again by Jennifer Greene who states that disorderly conduct, underage drinking or possession of an open container of alcohol do not involve violence or the threat of violence, But under 36 CFR 2.34(a) Disorderly Conduct is a person who commits disorderly conduct when, with intent to cause public alarm, nuisance jeopardy or violence. Also D.C. Official codes 22-1321 sec.211. Also defines disorderly conduct as could be violent or have the potential to be violent…see 7a.

8. Upon going back to court in 2008 Plaintiff drop the case for he had exhausted all possible funds now in debt because of this case.

9. Plaintiff again applies for employment with Metropolitan Police Department and on December 31, 2008 was denied again for this 20 year old arrest record even though Plaintiff submitted judge's order sealing the record...see 9a.

10. Plaintiff appealed that decision and case was reopen on January 27, 2009 and handled by Investigator Hayden, who called Plaintiff and said I want a written report on what happen in 1984 with the assault charge and don't want to hear nothing about what the police did to you, Plaintiff then states that case is sealed so why do I have to give you a report Hayden responds saying because we know about it that's why, Plaintiff then states I will need to consult with my lawyer first, after explaining to Mrs. Kamins how Hayden called me demanding things from me in an rude, nasty manner, Plaintiff then says to Hayden why are you calling me talking in that tone I have done nothing to you for you to call me like that, he then states I need your application and report by approximately a week. So Mrs. Kamins instructs Plaintiff to not write the report tell Hayden that it is public information so if he want a report go to the court house and get it from there.

11. On February 8, 2009 Plaintiff turns in his employment application to Hayden and then states to him Plaintiff has a permit to carry a concealed weapon in the State of Maryland do you want a copy of my permit Hayden says no then ask why do you have a gun permit anyway, realizing that he still has some type of attitude towards Plaintiff I did not respond, so he says again as though he is trying to agitate me or something I still don't know why someone would give you a gun permit Plaintiff still does not respond, Hayden then says we trying to get guns off the street and you got one on you Plaintiff then states if you want to know why Plaintiff have a permit then you need to see the Superintendent of the Maryland State Police because he saw fit to issue me one Hayden then says you can go I will be in touch with you...see 11a

12. On March 11, 2009 Plaintiff receives another denial letter this time from Lamont Coleman Sr. stating that because Plaintiff failed to disclose information about an arrest for disorderly conduct, two open traffic cases in Silver Spring Maryland which both are more than 25 years old and civil non-child support you remain ineligible for hire due to Omission...see 12a.

13. On March 24, 2009 Plaintiff again tried to appeal the wrongly and unjustifiable decision to Chief of Police Cathy Lanier...see 13a,b.

14. With no response on June 25, 2009 my lawyer Mrs Kamins wrote a letter to C. Lanier...see 14a

15. On July 17, 2009 C. Lanier writes to Mrs. Kamins saying that on May 28, 2008 that a response was mailed to Plaintiff with the reason for the denial being based on a simple assault arrest which is wrong again since Plaintiff just turned in application on January 2009 and was denied for Omission...see 15a.

16. From January 2002 through August 2013 Metropolitan Police Department has hired other races with convictions, but won't offer employment to an African American with no convictions, and has attacked Plaintiff's Professional ability as well as his character and integrity, and now has smeared and labeled Plaintiff not honest or trustworthy, all of this without even doing a full background check to come up with the truth or for that matter pass on an grossly intentional false lie to keep Plaintiff from ever applying again for employment with them or any law enforcement agency which they have successfully completed their intended mission.

## CONCLUSION OF FACTS

Investigator Reamer Shedrick was my original investigator who was the only one during this whole process that was very Professional, Courteous, Sympathetic, Understanding, Straight forth, Honest and Willing to go the extra mile to help understand and make better sense of my situation, But as the years went on and Plaintiff was continuing to file appeals with the Court system and Metropolitan Police Department his demeanor changed, its as though he was threatened or intimidated to no longer help this Candidate that he was assigned to help, the man that Plaintiff first met to the one now after Plaintiff refused to accept the wrong being done to him by Defendant and those assigned or appointed under Defendants Authority I believe is the reason for R. Shedrick change, you don't start out one way then make a sudden change to someone who looks like they hands were tied and hit a wall from someone in his Administration.

I was only required to get a drivers license and traffic check from the last five years.

I was only required to get a criminal check for the last ten years.

I didn't remember being locked up for disorderly conduct.

And to my knowledge I did put on my applications that I had to pay court ordered child support.

On the Personal History Statement signature page it states at the top of the page that while this investigation is being conducted facts may arise or events may occur which may not have been known, yet these facts may require that revisions or amendments be made to this form...( see 17a ) I was never given the opportunity to even address these 25 year old events as other applicants, and if I did leave off the court ordered child support it was in no way intentionally. Hayden states that after further background investigation he found this that I omitted this information, my first application he never called any of my references or for that matter my second application for this omittence claim, he never called not one of my references by which they all were metropolitan police officers to even check on my character, integrity or just me as a person to get the truth. C. Lanier has relied faithfully on her subordinates for information rather than due diligently making sure herself since she is in charge of the whole Metropolitan police Department and Plaintiff has filed numerous appeals with her office. Instead of responding to the March 24, 2009 appeal for omittence, C. Lanier unjustly responds to an appeal in 2008.

Plaintiff has gone through a tremendous amount of emotional distress from fighting this case. First my wife and I have seen 4 counselors in regards to our marriage and repeated separation which we still don't live together. the raising of my stepson and him not having a father figure in his life consistently. My two Daughters being neglected not having there Father in their life with the years missed that can never be regained or get back time lost not being in there lives, I am was known as a Good family man who supported his kids and everyone else's kids for that matter aswell I have raised four different generations in my community. My life is smeared and tainted with these permanently damaging statements on my personal and professional life so that now there is no advancement for me in the career that I love and have the passion for because it allows me to help people in need besides just locking up everybody. I had good credit and money in the bank now I have bad credit and bills from everywhere my house is always in and out of foreclosure from refinancing my home twice to pay off some of my lawyer fees. Mrs. Kamins felt so compassionate for me she did letters and calls for me and just said pay me when you can knowing I had no more money or for that matter didn't know where I would get any from after borrowing all I could from family and friends and not being able to pay them back. I am now on High Blood Pressure Medicine that I have to take two pills a day for the rest of my life, and to find the cause of my high blood pressure Plaintiff had two 4 hour test done within two years apart but everything came back normal so my doctor said it was from stress. the only car I have the engine is no good for the last two years just sitting in my yard. Lastly I started my own 501(c)3 non profit organization since May 1984 was Frostys Help Feed the Needy

to now the new name is Frostys Help the Needy Alliance where our main goal is to teach low income residents basic knowledge in Electrical, HVAC, Carpentry, Mechanics, Bricklaying, Photography, djing skills, In my community we have a annual Trinidad day to help keep and strengthen the bond between the seniors, middle age, teenagers and young children, we also have weekly street clean up days not relying solely on governmental days to keep our neighborhoods clean, we have a annual back to school supply drive where we give kids from pre k to high school supplies needed to help assist in furthering their education. we have an annual can good drive 4 times a year to help feed needy families, we have a thanksgiving feast that is prepared and served to all residents who come in wanting a hot meal for thanksgiving, we also have a Christmas drive for the young to middle aged kids help them have a Christmas when there is no hope from your family because of the high poverty and low income to no jobs. I have partnered with CSOSA to help mentor anyone coming through the Court System to show them that there is another way to get your life right and live a productive life so you can be around for your kids as they grow up and be able to provide for them instead of having them provided for by the government. we teach basic life skills for family growth to help keep that family together, various programs such as having a health day getting your blood pressure check, HIV testing, All this is done with no grant money not that I have not been applying but because we are the heart and soul of ward 5 ( Trinidad ) and at the very bottom of anyone's radar there is not one grantor who really wants to support us and our cause unless we are an organization of status who do not live in or connect with the community.

## PRAYER FOR RELIEF

Respectfully I ask this Court to order Defendant to clear Plaintiff's record from all false claims that has tarnished his record which has prevented him from advancing in Law Enforcement.

Extend the Opportunity of employment to Plaintiff as they would to all qualified candidates.

Award Judgment in the amount of $200,000,000.00

Doyle R. Ham, Jr.
2630 Evarts Street N.E.
Washington, D.C. 20018

*[signature]*

6

Dhamjr.fhna@hotmail.com
202-997-1773

August 30 2013